**D. P. PAUL & CO., Appellee, v. Maurice CAMPBELL, Federal Prohibition Administrator, et al., Appellants.**

Circuit Court of Appeals, Second Circuit.
July 8, 1929.

No. 350.

See, also, 24 F.(2d) 738.

Charles H. Tuttle, U. S. Atty., of New York City (U. S. Grant, Asst. U. S. Atty., of New York City, of counsel), for appellants.

Charles Dickerman Williams, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree affirmed, on the authority of Lion Laboratories v. Campbell (C. C. A.) 34 F.(2d) 642, handed down herewith.

**W. H. LONG & CO., Inc., Appellant, v. Maurice CAMPBELL, Federal Prohibition Administrator for the Second District of New York, et al., Appellees.**

**W. H. LONG & CO., Inc., Appellee, v. Maurice CAMPBELL, Federal Prohibition Administrator for the Second District of New York, and James M. Doran, Federal Prohibition Commissioner of the United States, Appellants.**

Circuit Court of Appeals, Second Circuit.
July 8, 1929.

Nos. 365, 366.

22 F.(2d) 913, followed. See, also, 28 F.(2d) 422.

Lewis Landes, of New York City, for plaintiff.

Charles H. Tuttle, U. S. Atty., of New York City (U. S. Grant, Asst. U. S. Atty., of New York City, of counsel), for defendants.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. The decree in this case is affirmed as to the defendants' appeal on the authority of Lion Laboratories v. Campbell, 34 F.(2d) 642, handed down herewith; as to the plaintiff's appeal, on the authority of Higgins v. Mills, 22 F.(2d) 913, (C. C. A. 2).